## WETZEL, CAVERLY, PHILLIPS & RODGERS

LEWIS WOOD WETZEL
lwetzel@wcprlaw.com
N. BRIAN CAVERLY
bcaverly@wcprlaw.com
BRUCE J. PHILLIPS
bphillips@wcprlaw.com
JOHN P. RODGERS
jrodgers@wcprlaw.com

ATTORNEYS AT LAW
15 PUBLIC SQUARE, SUITE 210
WILKES-BARRE, PENNSYLVANIA 18701
(570) 823-0101
FAX (570) 825-7799
WEB SITE: wcprlaw.com

24 W. UNION STREET
SHICKSHINNY, PA 18655
(570) 542-7995

199 N. CEDAR STREET
HAZLETON, PA 18201
(570) 454-8650

REPLY TO: WILKES-BARRE

November 24, 2003

FILED
SCRANTON
DEC 0 8 2003
Per_____
DEPUTY CLERK

The Honorable Thomas I. Vanaskie
U.S. District Court
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501

RE: <u>Benjamin, James, et al. v. Llewwllyn Dryfous, et al.</u>
Docket No. 3:CV-00-1903

Dear Judge Vanaskie:

I am writing on behalf of counsel to notify the court that my client will not be pursuing the above referenced matter. Therefore, please enter the usual order dismissing this matter.

Thank you for your attention to this matter. If you have any questions of require any additional information, please do not hesitate to contact me.

Very truly yours,

John P. Rodgers

JPR/am
cc:  Robin B. Snyder, Esquire
     Mr. and Mrs. Benjamin